# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ZERGA PHIN-KER LP, | § | |
| | § | CASE NO. 15- 42087 -BTR |
| DEBTOR. | § | (Complex Case Designation Requested) |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Jerry Green 1500 S. Central Expressway, Suite 500 McKinney, TX 75070 | Investor LP | 14.85% | |
| David Zehr 1500 S. Central Expressway, Suite 500 McKinney, TX 75070 | Investor LP | 14.85% | |
| Phin-Ker Ventures LLC 3700 Buffalo Speedway, Suite 1100 Houston, TX 77098 | Investor LP | 1.67% | |
| Kendall Phinney 3700 Buffalo Speedway, Suite 1100 Houston, TX 77098 | Investor LP | 17.63% | |
| Jerry Green 1500 S. Central Expressway, Suite 500 McKinney, TX 75070 | Non-Investor LP | 12.5% | |
| David Zehr 1500 S. Central Expressway, Suite 500 McKinney, TX 75070 | Non-Investor LP | 12.5% | |
| Kendall Phinney 3700 Buffalo Speedway, Suite 1100 Houston, TX 77098 | Non-Investor LP | 12.5% | |
| James Kerby | Non-Investor LP | 12.5% | |

4819-2127-6715.1

**103 Bella Strada Cove**
**Lakeway, Tx 78734**

**Zerga Phin-Ker Gen Par, LLC**          **General Partner**      **1%**
**1500 S. Central Expressway, Suite 500**
**McKinney, TX 75070**

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Jerry Green, Co-President of Zerga Phin-Ker Genpar, LLC, General Partner of Zerga Phin-Ker LP, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated:  November 20, 2015

Zerga Phin-Ker LP

By:  Zerga Phin-Ker Genpar, LLC
Its:  General Partner

By: _____
Name:  Jerry Green,
Title: Co President