**Fill in this information to identify the case:**

Debtor Name: Zerga Phin-Ker, LP
United States Bankruptcy Court for the Eastern District of Texas
Case number (if known): 15-42087   Chapter:11

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1 Does the debtor have any cash or cash equivalents?

☐ No  Go to Part 2
☑ Yes  Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2  Cash on hand                                                                                      $0.00

3  Checking, savings, money market or financial brokerage accounts (identify all)                   $0.00

| Name of institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  Independent Bank | Checking | 6086 | $248.68 |
| 3.2 US Bank Bond Fund Principal Account | Bond Fund | 7000 | $  56,567.77 |
| 3.3 US Bank Bond Fund Interest Account | Bond Fund | 7001 | $  837,361.42 |
| 3.4 US Bank Reserve Fund Account | Bond Fund | 7002 | 2,667,843.50 |
| 3.5 US Bank Rebate Fund Account | Bond Fund | 7003 | $0.00 |
| 3.6 US Bank Construction Fund/Fund Interest Account | Bond Fund | 7004 | $  0.86 |
| 3.7 US Bank Construction Fund/Project Account | Bond Fund | 7005 | $  1,393,440.60 |
| 3.8 US Bank Revenue Fund Account | Bond Fund | 9000 | $0.00 |
| 3.9 US Bank Working Capital Fund - General Account | Bond Fund | 9001 | $  453,196.00 |
| 3.99 US Bank Working Capital Fund - Deferred Fee Account | Bond Fund | 9002 | $  1,179,869.27 |

4  Other cash equivalents (identify all)

4.1 _____                                                $0.00

4.2 _____                                                $0.00

5  Total Part 1                                                                                     $6,588,526.10
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6  Does the debtor have any deposits or prepayments?

☐ No  Go to Part 2
☑ Yes. Fill in the information below.

Current value of debtor's interest

7  Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

|  |  |  |
|---|---|---|
| 7 1 Sysco - Deposit for food vendor | $ | 7,000.00 |
| 7 2 ALSCO - Deposit for uniform service | $ | 1,200.00 |
| 7 3 Atmos Energy - Gas utility deposit | $ | 300.00 |
| 7 4 Southwestern Electric Power Company - Electric utility deposit | $ | 9,638.00 |
|  | $ | - |

8   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

|  |  |  |
|---|---|---|
| 8 1 Prepaid Property Insurance Policy | $ | 45,319.34 |
| 8 2 _____ | $ | |

9   **Total of Part 2**

Add lines 7 through 8   Copy the total to line 81                            $            63,457.34

---

**Part 3:      Accounts receivable**

10   **Does the debtor have any accounts receivable?**

☑ No  Go to Part 4.

☐ Yes  Fill in the information below

Current value of debtor's interest

11   Accounts receivable

11a  90 days old or less   _____ - _____ = →
                              face amount        doubtful or uncollectible amounts        $                    -

11b  Over 90 days old   _____ - _____ = →
                           face amount          doubtful or uncollectible amounts         $                    -

12   **Total of Part 3**

Current value on lines 11a + 11b = line 12  Copy the total to line 82         | $                    - |

---

**Part 4:      Investments**

13   **Does the debtor own any investments?**

☑ No  Go to Part 5

☐ Yes  Fill in the information below

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14   Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

| 14 1 _____ | _____ | $              - |
| 14 2 _____ | _____ | $              - |

15   Non-publicly traded stocks and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership or joint venture

Name entity

| 15 1 _____ _____ % | _____ | $              - |
| 15 2 _____ _____ % | _____ | $              - |

16   Government bonds, corporate bonds, and other negotiable and non negotiable instruments not included in Part 1

Describe:                                       % of ownership

| 16 1 _____ _____ % | _____ | $              - |
| 16 2 _____ _____ % | _____ | $              - |

17   **Total of Part 4**

Add lines 14 through 16   Copy the total to line 83.          | $                    - |

---

**Part 5:      Inventory, excluding agriculture assets**

18   **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6

☐ Yes. Fill in the information below.

| General description | Date of last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19  Raw Materials | MM/DD/YYYY | $ - | _____ | $ - |
| 20  Work in Progress | MM/DD/YYYY | $ - | _____ | $ - |
| 21  Finished goods, including goods held for resale | MM/DD/YYYY | $ - | _____ | $ - |
| 22  Other inventory or supplies | MM/DD/YYYY | $ - | _____ | $ - |

23  Total of Part 5

Add lines 19 through 22   Copy the total to line 84                    $ _____ -

24  Is any of the property listed in Part 5 perishable?

☐ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes

26  Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes.

**Part 6:     Farming and fishing related assets (other than titled motor vehicles and land)**

27          Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28  Crops - either planted or harvested | $ - | _____ | $ - |
| 29  Farm animals Examples: Livestock, poultry, farm raised fish | $ - | _____ | $ - |
| 30  Farm machinery and equipment (other than titled vehicles) | $ - | _____ | $ - |
| 31  Farm and fishing supplies, chemicals and feed | $ - | _____ | $ - |
| 32  Other farming and fishing related property not already listed in Part 6 | $ - | _____ | $ - |

33  Total of Part 6

Add lines 28 through 32   Copy the total to line 85                    $ _____ -

34  Is the debtor a member of an agricultural cooperative?

☐ No. Go to Part 6

☐ Yes.  Is any of the debtor's property stored at the cooperative?

35  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

36  Is a depreciation schedule available for any of the property listed in Part 6?

☐ No

☐ Yes.

37  Is the debtor a member of an agricultural cooperative?

☐ No.

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38   **Does the debtor own or lease any office furniture, fixtures, equipment or collectibles?**

☐ No  Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest   (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39   Office furniture |  |  |  |
| Building furniture and equipment | $          492,993.41 | Book value | $          492,993.41 |
| 40   Office fixtures |  |  |  |
| | $          - |  | $          - |
| 41   Office equipment, including all computer equipment and communication systems equipment and software |  |  |  |
| Computer hardware and software | $          127,390.63 | Book value | $          127,390.63 |
| 42   Collectibles  *Examples*  Antiques and figurines, paintings, prints or other artwork, books, pictures or other art objects, china and crystal, stamp, coin, or baseball card collections, other collections, memorabilia or collectibles |  |  |  |
| 42.1 _____ |  | _____ | $          - |
| 42.2 _____ |  |  |  |
| 42.3 _____ |  |  |  |

43   Total of Part 7

Add lines 39 through 42  Copy the total to line 86

$          620,384.04

44   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.

☐

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment and vehicles

47   **Does the debtor own or lease any machinery, equipment or vehicles?**

☐ No  Go to Part 9

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest   (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47   Automobiles, vans, trucks, motorcycles, trailers and titled farm vehicles |  |  |  |
| 47.1 Van - 2015 Eldorado National Aerotech  VIN 1FDEE3FS5FDA23045 | $          67,294.67 | Book value | $          67,294.67 |
| 47.2 Van - 2015 Eldorado National Aerotech  VIN 1FDEE3FS3FDA23044 | $          67,295.61 * |  | $          67,295.61 |
| 47.3 _____ | $          - |  | $          - |
| 47.4 _____ | $          - |  | $          - |
| 48   Watercraft, trailers, motors, and related accessories.  Examples  Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |  |  |  |
| 48.1 _____ | $          - |  | $          - |
| 48.2 _____ | $          - |  | $          - |
| 49   Aircraft and Accessories |  |  |  |
| 49.1 _____ | $          - |  | $          - |
| 49.2 _____ | $          - |  | $          - |

50   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | | | |
|---|---|---|---|---|---|
| Fitness Equipment | $ | 7,219.41 | Book value | $ | 7,219.41 |
| Leased kitchen ice machine | $ | - | Book value | $ | |

**51** Total of Part 8

Add lines 47 through 50. Copy the total to line 87

$ 141,809.69

**52** Is a depreciation schedule available for any of the property listed in Part 8?

☑ No

☐ Yes

**53** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

---

**Part 9:**  Real Property

**54** Does the debtor own or lease any real property?

☐ No  Go to Part 10

☑ Yes. Fill in the information below

**55** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APU) and type of property (for example, acreage, factory, warehouse, apartment or office building) if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Land at 603 and 601 Hollybrook APN 1172848, 1172849 | Owned | $ 2,089,941.69 | Book value | $ - |
| 55.2 _603/601 Hollybrook - ALMC/lt. buildings | Owned | $ 21,607,547.16 ** | Market value | $ 35,000,000.00 |
| 55.3 _____ | _____ | $ - | _____ | $ - |
| 55.4 _____ | _____ | $ - | _____ | $ - |
| 55.5 _____ | _____ | $ - | _____ | $ - |
| 55.6 _____ | _____ | $ - | _____ | $ - |
| **Contract Value was originally $16 Million | | | | |

**56** Total of Part 9.

Add the current values on line 55.1 through 55.6 and entries from any additional sheets  Copy the total to line 88

$ 35,000,000.00

**57** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No

☐ Yes

**58** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

---

**Part 10:**  Intangibles and Intellectual property

**59** Does the debtor own or lease any real property?

☑ No  Go to Part 11

☐ Yes  Fill in the information below

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60** Patents, copyrights, trademarks and trade secrets _____ | $ - | _____ | $ - |
| **61** Internet domain names and websites _____ | $ - | _____ | $ - |

| | | | | |
|---|---|---|---|---|
| 62  Licenses, franchises and royalties | $ | - | | $ | - |
| 63  Customer lists, mailing lists, or other compilations | $ | - | | $ | - |
| 64  Other intangibles, or intellectual property | $ | - | | $ | - |
| 65  Goodwill | $ | - | | $ | - |

66  **Total of Part 10.**
Add lines 60 through 65  Copy the total to line 89

| $ | - |
|---|---|

67  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☐ Yes

69  Has any of the property listed in Part 10 been appraised by a professional within the last year?
☐ No
☐ Yes

**Part 11:    All other assets**

70  Does the debtor own or lease any real property?
Include all interest in executory contracts and unexpired leases not previously reported on this form
☑ No. Go to Part 12
☐ Yes. *Fill in the information below.*

71  Notes receivable
Description (include name of obligor)

| | | | |
|---|---|---|---|
| | total face amount   - | doubtful or uncollectable amount | = → $ | - |

72  Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

| | | |
|---|---|---|
| | Tax year _____ | $ | - |
| | Tax year _____ | $ | - |
| | Tax year _____ | $ | - |

73  Interest in insurance policies or annuities

74  Causes of action against third parties (whether or not a lawsuit has been filed)

| | $ | 923,716.00 |
|---|---|---|

Nature of claim     Claim filed against surety - Hartford; Claim filed against HMC
Amount requested   Estimated $923,716.00 in Damages

75  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims

| | $ | - |
|---|---|---|

Contingent Claim for Damages due to delays by HMC
Nature of claim     Damages
Amount requested   $ Unknown

76  Trusts, equitable or future interest in property

77  Other property of any kind not already listed. *Examples*  Season tickets, country
club membership

78  **Total of Part 11.**
Add lines 71 through 77  Copy the total to line 90

| $ | 923,716.00 |
|---|---|

79  Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No.
☐ Yes

**Part 12:**    Summary

In part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80 | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $6,558,626.10 | $0.00 |
| 81 | Deposits and prepayments. *Copy line 9, Part 2.* | $ 63,457.34 | $ - |
| 82 | Accounts receivable. *Copy line 12, Part 3.* | $ - | $ - |
| 83 | Investments. *Copy line 17, Part 4.* | $ - | |
| 84 | Inventory. *Copy line 23, Part 5.* | $ - | |
| 85 | Farming and fishing related assets. *Copy line 33, Part 6.* | $ - | |
| 86 | Office furniture, fixtures and equipment; and collectibles *Copy line 33, Part 7* | $ 620,384.04 | |
| 87 | Machinery, equipment and vehicles. *Copy line 51, Part 8.* | $ 141,809.69 | |
| 88 | Real Property. *Copy line 56, Part 9* . . . . . . . . . . . . . . . . . →| | $ 35,000,000.00 |
| 89 | Intangibles and intellectual property. *Copy line 66, Part 10.* | $ - | |
| 90 | All other assets. *Copy line 78, Part 11.* | $ 923,716.00 | |
| 91 | Total. Add lines 80 through 90 for each column . . . . .  91a | $8,337,993.17 + 91b | $35,000,000.00 |

92.     Total of all property on Schedule A/B. Lines 91a + 91b = 92 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $     43,337,993.17

**Fill in this information to identify the case:**

Debtor Name: Zerga Phin-Ker, LP
United States Bankruptcy Court for the Eastern District of Texas
Case number (if known): 15-42087   Chapter:11

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| **2.1 Creditor's name** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| US Bank | 601 and 603 Hollybrook Drive, Longview, Texas 75605 | $ 32,611,872.25 | $ 35,000,000 |

Creditor's mailing address
James Center II 1021 East Cary St., Suite 1850
Richmond, VA 23219
Creditor's email address, if known

Describe the lien:  First Mortgage Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
7/1/2013

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account
number

**Do multiple creditors have an interest in the same property?**     As of the petition filing date, the claim is: same property?
Check all that apply
☐ No
☑ Yes. Specify each creditor, including this creditor,
and its relative priority

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Creditor's name** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| HMC Contracting Services, LLC | 601 and 603 Hollybrook Drive, Longview, Texas 75605 | $ 2,713,583.92 | $ 35,000,000 |

Creditor's mailing address
3700 Buffalo Speedway, Suite 1100
Houston, TX 77098
Creditor's email address, if known

Describe the lien:  Mechanics Lien
**Is the creditor an insider or related party?**
☐ No
☑ Yes

Date debt was incurred
7/1/2013

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account
number

**Do multiple creditors have an interest in the same property?**     As of the petition filing date, the claim is: same property?
Check all that apply
☐ No
☑ Yes. Specify each creditor, including this creditor,
and its relative priority

☐ Contingent
☐ Unliquidated
☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any
scured by Liens Schedule D page 4-9)

$35,325,456.17 (this amount does not include additional debt

Debtor : Zerga Phin-Ker, LP                    Case number (*if known*): 15-42087

**Part 2:**

**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 Digits of Account Number |
|---|---|---|
| Warren S Bloom<br>Amy E Lowen<br>Shari Heyen<br>Greenberg Traurig PA<br>450 South Orange Avenue, Suite 650<br>Orlando, Florida 32801 | 2.1 | n/a |
| Christopher LaVigne<br>Steven Walkkowiak<br>Greenberg Traurig, LLP<br>2200 Ross Avenue Suite 5200<br>Dallas, Texas 75201 | 2.1 | n/a |
| Joseph D. Martinec<br>Martinec, Winn & Vickers, PC<br>919 Congress Avenue, Suite 200<br>Austin, Texas 78701<br>512-476-0750 | 2.2 | n/a |

Official Form 206D            **Schedule D: Creditors Who Have Claims Secured by Property**                    Page 2 of 9

**Fill in this information to identify the case:**

Debtor Name: **Zerga Phin-Ker, LP**
**United States Bankruptcy Court for the Eastern District of Texas**
**Case number (if known): 15-42087   Chapter:11**

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Section 2.2 Creditor's Name - M&M Liens**

Note:  Please see the attached 6 pages from Gregg County Public Records listing Lien Holders
   relative to Debtor search Zerga Phin-Ker.  No additional information is available at this time

**Fill in this information to identify the case:**

Debtor Name: **Zerga Phin-Ker, LP**

**United States Bankruptcy Court for the Eastern District of Texas**

Case number (if known): 15-42087   Chapter:11

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**

**List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,979.14** | **$18,979.14** |

City of Longview, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

*Check all that apply*
☐ Contingent
X Unliquidated
☐ Disputed

Date or dates debt was incurred    2015
Last 4 digits of account
number    2848

Basis for the claim:  Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,454.03** | **$1,454.03** |

City of Longview, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

*Check all that apply*
☐ Contingent
X Unliquidated
☐ Disputed

Date or dates debt was incurred    2015
Last 4 digits of account
number    2849

Basis for the claim:  Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.3  Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,573.32** | **$9,573.32** |

Gregg County, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

*Check all that apply*
☐ Contingent
X Unliquidated
☐ Disputed

Date or dates debt was incurred    2015
Last 4 digits of account
number    2848

Basis for the claim:  Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.4 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$733.43** | **$733.43** |

Gregg County, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

*Check all that apply*
☐ Contingent
X Unliquidated
☐ Disputed

Date or dates debt was incurred    2015
Last 4 digits of account
number    2849

Basis for the claim:  Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

Debtor: Zerga Phin - Ker, LP                                      Case Number (if known): 15-42087

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.5 Priority creditor's name and mailing address**
Gregg County Special Road & Bridge, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

As of the petition filing date, the claim is:
☐ Contingent
X Unliquidated
☐ Disputed

Total claim $197.27

Priority amount $197.27
*Check all that apply*

Date or dates debt was incurred     2015
Last 4 digits of account
number   2848

Basis for the claim: Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

---

**2.6 Priority creditor's name and mailing address**
County Special Road & Bridge, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

As of the petition filing date, the claim is:
☐ Contingent
X Unliquidated
☐ Disputed

Total claim $15.11

Priority amount $15.11
*Check all that apply*

Gregg

Date or dates debt was incurred     2015
Last 4 digits of account
number   2849

Basis for the claim: Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

---

**2.7 Priority creditor's name and mailing address**
Longview ISD, C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

As of the petition filing date, the claim is:
☐ Contingent
X Unliquidated
☐ Disputed
*Check all that apply*

Total claim $56,315.83

Priority amount $56,315.83

Date or dates debt was incurred     2015
Last 4 digits of account
number   2848

Basis for the claim: Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

---

creditor's name and mailing address
C/O Kirk Shields Tax Assessor-Collector Greg County
P.O. Box 1431
Longview, Texas 75606-1431

As of the petition filing date, the claim is:    $4,314.47
*Check all that apply*
☐ Contingent
X Unliquidated
☐ Disputed

Total claim

Priority amount $4,314.47

2.8 Priority
Longview ISD,

Date or dates debt was incurred     2015
Last 4 digits of account
number   2849

Basis for the claim: Property Taxes
Is the claim subject to offset?  NO

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

**Part 2:**
**List All Creditors with NONPRIORITY Unsecured Claims**
3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1    See Attached Outstanding Vendor Payable as of 11/20/15

**Part 3:**
**List Others to Be Notified About Unsecured Claims**
4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

**Part 3:**
**Additional Page for Others to Be Notified About Unsecured Claims**
Name and mailing address
Last 4 digits of account number, if any                              On which line in Part 1 or Part 2 is the related

**Part 4:**
**Total Amounts of the Priority and Nonpriority Unsecured Claims**
5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

$   $720,529.95

**Fill in this information to identify the case:**

Debtor Name: **Zerga Phin-Ker, LP**

**United States Bankruptcy Court for the Eastern District of Texas**

**Case number (if known): 15-42087   Chapter:11**

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

| | | | | |
|---|---|---|---|---|
| **Aero Photo** | | | | |
| Address: | 4000 16th Street North | | Amount Owed $ | 254.93 |
| City/State/Zip: | St. Petersburg | FL  33703 | | |
| Phone: | (727) 525-6350 | | | |
| **Alliance Bus Group, Inc** | | | | |
| Address: | 820 Office Park Circle | | Amount Owed $ | 60,756.73 |
| City/State/Zip: | Lewisville | TX  75057 | | |
| Phone: | (972) 436-6192 | | | |
| **AWA Architects** | | | | |
| Address: | 2518 Belmeade Drive | | Amount Owed $ | 2,377.54 |
| City/State/Zip: | Carrollton | TX  75006 | | |
| Phone: | 214-794-5948 | | | |
| **Century Lawn Care** | | | | |
| Address: | PO Box 5145 | | Amount Owed $ | 5,633.20 |
| City/State/Zip: | Longview | TX  75608 | | |
| Phone: | (903) 297-2435 | | | |
| **Cheryl Sikes** | | | | |
| Address: | | | Amount Owed $ | 426.03 |
| City/State/Zip: | | TX | | |
| Phone: | | | | |
| **City of Longview Water Utilities** | | | | |
| Address: | PO Box 1952 | | Amount Owed $ | 1,497.04 |
| City/State/Zip: | Longview | TX  75606-1952 | | |
| Phone: | | | | |
| **Dalton Kaye** | | | | |
| Address: | 4805 Gemini Street | | Amount Owed $ | 1,500.00 |
| City/State/Zip: | Corpus Christi | TX  78405 | | |
| Phone: | (512) 750-4218 | | | |
| **Dr. David Zehr** | | | | |
| Address: | 1500 S. Central Expy, Ste 500 | | Amount Owed $ | 62,500.00 |
| City/State/Zip: | McKinney | TX  75070 | | |
| Phone: | | | | |

**EcolabPest Elim Div**
Address:              26252 Network Place              Amount Owed  $        497.74
City/State/Zip:       Chicago                   IL   60673-1262
Phone:               (800) 325-1671 ext. 38


**Edge Office Products**
Address:              1909 Judson Rd                   Amount Owed  $        140.74
City/State/Zip:       Longview                  TX  75605
Phone:               (903) 758-0777


**Floor Medic**
Address:              PO Box 3528                      Amount Owed  $        162.38
City/State/Zip:       Longview                  TX  75606
Phone:               (903) 663-5509


**HD Supply Facilities Maintenance**
Address:              P.O. Box 509058                  Amount Owed  $        217.46
City/State/Zip:       San Diego                 CA  92150-9058
Phone:               (800) 798-8888


**HIIG Service Company**
Address:              PO Box 844298                    Amount Owed  $      3,402.80
City/State/Zip:       Dallas                    TX  75284-4298
Phone:


**HPA Design Group, Inc.**
Address:              5339 Alpha Road, Suite 105       Amount Owed  $     22,133.48
City/State/Zip:       Dallas                    TX  75240
Phone:


**Inline Network Integration, LLC**
Address:              17440 N Dallas Pkwy, Suite 112   Amount Owed  $     12,532.88
City/State/Zip:       Dallas                    TX  75287
Phone:               (903) 212-2523


**IPFS Corporation**
Address:              PO Box 730223                    Amount Owed  $     31,434.53
City/State/Zip:       Dallas                    TX  75373-0223
Phone:               (800) 247-6129


**Johnson Southwest**
Vendor Name 2:        Thurston, Owens & Newman, LLC    Amount Owed  $      2,165.03
Address:              PO Box 3396
City/State/Zip:       Kilgore                   TX  75663
Phone:

**James M. Parkey, AIA**
Address:                          300 N. Gibbons Rd                     Amount Owed  $      1,500.00
City/State/Zip:                   Argyle                  TX 76226
Phone:


**Jerry Green**
Address:                          1500 S. Central Expy, Ste 500        Amount Owed  $     70,631.50
City/State/Zip:                   McKinney                TX 75070
Phone:


**Kirk Shields, Tax Assessor-Collect**
Vendor Name 2:                    Gregg County                         Amount Owed  $     91,372.21
Address:                          PO Box 1431
City/State/Zip:                   Longview                TX 75606-1431
Phone:


**KZQX - KDOK Radio**
Address:                          PO Box 1008                          Amount Owed  $      1,800.00
City/State/Zip:                   Kilgore               TX 75663-1008
Phone:


**Longview Museum of Fine Arts**
Address:                          PO Box 3484                          Amount Owed  $        250.00
City/State/Zip:                   Longview                TX 75606
Phone:                            (903) 753-8103


**Longview News Journal**
Address:                          PO Box 1792                          Amount Owed  $      1,120.00
City/State/Zip:                   Longview                TX 75606
Phone:                            (903) 237-7710


**Network Communications Telecom**
Address:                          PO Box 2707                          Amount Owed  $      1,803.65
City/State/Zip:                   Longview                TX 75606
Phone:


**Noble Electronic Security**
Address:                          PO Box 508                           Amount Owed  $         70.36
City/State/Zip:                   Longview                TX 75606
Phone:                            (903) 757-9770


**P3 Consulting**
Address:                          5838 Balcones Dr., Suite B           Amount Owed  $     12,000.00
City/State/Zip:                   Austin                  TX 78731
Phone:


**RealPage**                                                           Amount Owed  $      2,419.45
Address:                          P.O.Box 671777

| | | | |
|---|---|---|---|
| City/State/Zip: | Dallas | TX 75267 | |
| Phone: | (877) 325-7243 | | |

**Saddock & Co., PLLC**
| | | | |
|---|---|---|---|
| Address: | 7920 Beltline Rd, Suite 550 | | Amount Owed $ 3,045.00 |
| City/State/Zip: | Dallas | TX 75254 | |
| Phone: | 972-437-5201 | | |

**Sherwin-Williams**
| | | | |
|---|---|---|---|
| Address: | 1013 Wal St Ste 101 | | Amount Owed $ 19.89 |
| City/State/Zip: | Longview | TX 75605 | |
| Phone: | (903) 663-2777 | | |

**Xerox Corporation**
| | | | |
|---|---|---|---|
| Address: | PO Box 802555 | | Amount Owed $ 662.19 |
| City/State/Zip: | Chicago | IL 60680-2555 | |
| Phone: | | | |

**Zerga Development**
| | | | |
|---|---|---|---|
| Address: | 1500 S. Central Expressway, Ste 500 | | Amount Owed $ 232,476.00 |
| City/State/Zip: | McKinney | TX 75070 | |
| Phone: | | | |

**Zerga Management**
| | | | |
|---|---|---|---|
| Address: | 1500 S. Central Expressway, Ste 500 | | Amount Owed $ 26,529.53 |
| City/State/Zip: | McKinney | TX 75070 | |
| Phone: | | | |

$ 653,332.29

**Fill in this information to identify the case:**

Debtor Name: **Zerga Phin-Ker, LP**
United States Bankruptcy Court for the Eastern District of Texas
Case number (if known): **15-42087    Chapter:11**

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

1. Does the debtor have any executory contracts or unexpired leases?
__ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
X Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property
(Official Form 206A/B).

2. List all Contracts and unexpired leases

| | Vendor | Equipment/Service | Term | Term Remaining |
|---|---|---|---|---|
| 2.1 | Ecolab 26252 Network Place Chicago, IL 60673-1262 | Dishmachine (ALMC) 601 Hollybrook | 2 years from install date (not yet installed) | 24 months |
| 2.2 | Ecolab 26252 Network Place Chicago, IL 60673-1262 | Dishmachine (IL) 603 Hollybrook | 2 years from install date (not yet installed) | 24 months |
| 2.3 | Ecolab 26252 Network Place Chicago, IL 60673-1262 | Pest Control | 12 months from 4/13/2015 | 4 months |
| 2.4 | Century Lawn Care PO Box 5145 Longview, TX 75608 | Lawn care/service | 12 months from 7/16/15 | 7 months |
| 2.5 | Inline Network Integration 17440 N Dallas Pkwy, Suite 112 Dallas, TX 75287 | Email/Computer Support Contingent Liability - Zerga Companies | 12 months from 9/1/2014 | 7 months |
| 2.6 | Southwest Restaurant PO Box 991 Longview, TX 75608-9910 | Ice Machine (ALMC) 601 Hollybrook | 36 months from 5/1/15 | 5 months |
| 2.7 | Firetrol 2134-C Anthony Dr. Tyler, TX 75701 | Fire Alarm Monitoring | 36 months from 4/23/15 | 28 months |
| 2.8 | Zerga Management 1500 S. Central Expwy #500 McKinney, TX 75070 | Management Services (ALMC) 601 Hollybrook | 60 months from 6/20/2013 | 30 months |
| 2.90 | Zerga Management 1500 S. Central Expwy #500 McKinney, TX 75070 | Management Services (IL) 603 Hollybrook | 60 months from 6/20/2013 | 30 months |
| 3.0 | Zerga Development 1500 S. Central Expwy #500 McKinney, TX 75070 | Development Services (ALMC and IL) 601 Hollybrook (ALMC) and 603 Hollybrook (IL) | 60 months from 6/20/2013 | 30 months |
| 3.1 | HPA Design Group, Inc. 5339 Alpha Road, Suite 105 Dallas, Texas 75240 | Provides off-site storage facilities for for Furniture, Fixtures, and furnishings | Month to Month | 1 month |

**Fill in this information to identify the case:**

Debtor Name: **Zerga Phin-Ker, LP**

**United States Bankruptcy Court for the Eastern District of Texas**

Case number (if known): **15-42087    Chapter:11**

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutive to this page.

1.  **Does the debtor have any codebtors?**

    ☒No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reporte

    ☐ Yes

    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schdul
    G.  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which th
    is liable on a debt to more than one creditor, list each creditor separately in Column 2.

2.

| Column 1: Codebtor | | Column 2: Creditor |
|---|---|---|
| Name | Mailing address | Name |
| 2.1 _____ | _____ | _____ |
| | Street | |
| | _____ | |
| | City          State          Zip | |
| 2.2 _____ | _____ | _____ |
| | Street | |
| | _____ | |
| | City          State          Zip | |
| 2.3 _____ | _____ | _____ |
| | Street | |
| | _____ | |
| | City          State          Zip | |
| 2.4 _____ | _____ | _____ |
| | Street | |
| | _____ | |
| | City          State          Zip | |
| 2.5 _____ | _____ | _____ |
| | Street | |
| | _____ | |
| | City          State          Zip | |
| 2.6 _____ | _____ | _____ |
| | Street | |

**Fill in this information to identify the case:**

Debtor Name: **Zerga Phin-Ker, LP**
United States Bankruptcy Court for the Eastern District of Texas
Case number (if known): 15-42087   Chapter:11

☐ Check if this is an amended filing

Official Form 206Sum
**Summary of Assets and Liabilities for Non-Individuals**                    12/15

**Summary of Assets**

1. *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

1a. Real property;
Copy line 88 from *Schedule A/B* ......................................... $35,000,000.00

1b. Total personal property;
Copy line 91A from *Schedule A/B* ........................................ $8,337,993.17

1c. Total of all property;
Copy line 92 from *Schedule A/B* ......................................... $43,337,993.17

**Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ......... $ 35,325,456.17***

***$35,325,456.17 Only represents US Bank and HMC
Contracting Services, and does not include any liens shown on
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. Total claim amounts of priority unsecured claims;
Copy the total claims from Part 1 from line 5a of *Schedule E/F* .... F                    $ __0_____

3b. Total amount of claims of nonpriority amount of unsecured claims:    ed claims:
Copy the total of the amount of claims from Part 2 from line 5       b of *Schedule E/F* .......... + $ __653,332.29_____

4. Total liabilities
Lines 2 + 3a + 3b ...................................................... $ _35,978,788.46_____

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals                    page 1



# Gregg County
## *County Clerk – Public Access*

**Search Real Estate Index**            Criteria: Party Name Begins With ZERGA PHIN-KER

Showing Records 1 through 74 ( 74 records found as of 12/14/2015 05:52:01 PM get full count )

        

Drag a column header here to group by that column

| # | Instrument # | Book | Page | Date Filed | Document Type | Grantor | Grantee | Legal Description | Status | Image |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 201518016 | | | 10/27/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER ALMC LP ETALO | ARROYOS DOMINGA SANCHEZ ETALO | LT . | Perm | 📄 |
| 2 | 201312960 | | | 07/05/2013 | DEED OF TRUST | ZERGA PHIN KER GENPAR LLC ETALO | U S BANK NATIONAL ASSOCIATION MASTER TRUSTEE | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 3 | 201312961 | | | 07/05/2013 | AGREEMENT | ZERGA PHIN KER GENPAR LLC ETALO | U S BANK NATIONAL ASSOCIATION | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 4 | 201312962 | | | 07/05/2013 | AFFIDAVIT | ZERGA PHIN KER GENPAR LLC GEN PTR ETALO | U S BANK NATIONAL ASSOCIATION TRUSTEE ETALO | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 5 | 201503429 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER GENPAR LLC GEN PTR ETALO | HMC CONTRACTING SERVICES LLC ETALO | LT . | Perm | 📄 |
| 6 | 201503429 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER GENPAR LLC GEN PTR ETALO | HMC CONTRACTING SERVICES LLC ETALO | LT . | Perm | 📄 |
| 7 | 201503430 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER GENPAR LLC GEN PTR ETALO | HMC CONTRACTING SERVICES LLC ETALO | LT . | Perm | 📄 |
| 8 | 201503430 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER GENPAR LLC GEN PTR ETALO | HMC CONTRACTING SERVICES LLC ETALO | LT . | Perm | 📄 |
| 9 | 201503429 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER LLP ETALO | HMC CONTRACTING SERVICES LLC ETALO | LT . | Perm | 📄 |
| 10 | 201503429 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER LLP ETALO | HMC CONTRACTING SERVICES LLC ETALO | LT . | Perm | 📄 |
| 11 | 201503430 | | | 03/06/2015 | PAYMENT BOND | | HMC CONTRACTING | LT . | Perm | 📄 |

| # | Instrument # | Book | Page | Date Filed | Document Type | Grantor | Grantee | Legal Description | Status | Image |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ZERGA PHIN KER LLP ETAL | SERVICES LLC ETAL | | | |
| 12 | 201503430 | | | 03/06/2015 | PAYMENT BOND | ZERGA PHIN KER LLP ETAL | HMC CONTRACTING SERVICES LLC ETAL | LT . | Perm | |
| 13 | 201312540 | | | 06/28/2013 | DEED | ZERGA PHIN KER LP | KNOLLWOOD APARTMENTS LIMITED PARTNERSHIP ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 14 | 201312960 | | | 07/05/2013 | DEED OF TRUST | ZERGA PHIN KER LP MEMBER REP ETAL | U S BANK NATIONAL ASSOCIATION MASTER TRUSTEE | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 15 | 201312961 | | | 07/05/2013 | AGREEMENT | ZERGA PHIN KER LP ETAL | U S BANK NATIONAL ASSOCIATION | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 16 | 201312962 | | | 07/05/2013 | AFFIDAVIT | ZERGA PHIN KER LP ETAL | U S BANK NATIONAL ASSOCIATION TRUSTEE ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 17 | 201416204 | | | 09/29/2014 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | SUMMIT ELECTRIC SUPPLY CO INC ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 18 | 201416205 | | | 09/29/2014 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | SUMMIT ELECTRIC SUPPLY CO INC ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 19 | 201420017 | | | 12/05/2014 | RELEASE | ZERGA PHIN KER LP ETAL | SUMMIT ELECTRIC SUPPLY CO INC | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 20 | 201420433 | | | 12/15/2014 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | CONTRACTORS SUPPLIES INC ETAL | LT 1 BLK 1 HOLLYBROOK SENIORS COMMUNITY 4.861 AC | Perm | |
| 21 | 201420516 | | | 12/15/2014 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | CENTRAL COMPANY GENERAL CONTRACTOR INC ETAL | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 22 | 201421095 | | | 12/24/2014 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | CENTRAL COMPANY GENERAL CONTRACTOR INC ETAL | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 23 | 201500144 | | | 01/05/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL | SUBURBAN SHEET METAL LTD ETAL | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 24 | 201500616 | | | 01/14/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | CONTRACTORS SUPPLIES INC ETAL | LT 1 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 25 | 201500643 | | | 01/14/2015 | | | | | Perm | |

| # | Instrument # | Book | Page | Date Filed | Document Type | Grantor | Grantee | Legal Description | Status | Image |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | MOORE TIMOTHY ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | | |
| 26 | 201500682 | | | 01/15/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | PUREFOY ELECTRIC LLC ETAL O | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | 📄 |
| 27 | 201500745 | | | 01/16/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | QUAINTANCE JAMES MGR ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 28 | 201502047 | | | 02/09/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | MOORE TIMOTHY ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 29 | 201502169 | | | 02/10/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | DALE CONSTRUCTION SERVICES LLC ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 30 | 201502170 | | | 02/10/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | DALE CONSTRUCTION SERVICES LLC ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 31 | 201502320 | | | 02/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | ANDERSON BERNIE CREDIT MGR ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 32 | 201502321 | | | 02/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | ANDERSON BERNIE CREDIT MGR ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 33 | 201502322 | | | 02/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | QUAINTANCE JAMES MGR ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | 📄 |
| 34 | 201502329 | | | 02/13/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL O | MCCLUNG TAMMY CFO ETAL O | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | 📄 |
| 35 | 201502333 | | | 02/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP AKA O | DAN & DEN PROFESSIONAL FRAMING & CONSTRUCTION ETAL O | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | 📄 |
| 36 | 201502332 | | | 02/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL O | PEDROZA ALBERT DBA O | LT . | Perm | 📄 |
| 37 | 201502334 | | | 02/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP AKA O | DAN & DEN PROFESSIONAL FRAMING & CONSTRUCTION ETAL O | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | 📄 |
| 38 | 201502841 | | | 02/24/2015 | PARTIAL RELEASE | ZERGA PHIN KER LP | CENTRAL COMPANY GENERAL CONTRACTOR INC ETAL O | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | 📄 |
| 39 | 201502842 | | | 02/24/2015 | PARTIAL RELEASE | ZERGA PHIN KER LP | CENTRAL COMPANY GENERAL | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | 📄 |

| # | Instrument # | Book | Page | Date Filed | Document Type | Grantor | Grantee | Legal Description | Status | Image |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CONTRACTOR INC ETAL**O** | | | |
| 40 | 201502896 | | | 02/26/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL**O** | CONTRACTORS SUPPLIES INC ETAL**O** | LT 1 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 41 | 201503869 | | | 03/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL**O** | S&K PLUMBING OF FORT WORTH INC ETAL**O** | LT 2 BLK 1 LONGVIEW | Perm | |
| 42 | 201503870 | | | 03/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL**O** | S&K PLUMBING OF FORT WORTH INC ETAL**O** | LT 2 BLK 1 LONGVIEW | Perm | |
| 43 | 201503874 | | | 03/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL**O** | PUREFOY ELECTRIC LLC ETAL**O** | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 44 | 201505330 | | | 04/08/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL**O** | REXEL INC FKA**O** | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 45 | 201506272 | | | 04/23/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL**O** | EASLEY TOBY C AGT ETAL**O** | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 46 | 201506322 | | | 04/23/2015 | RELEASE | ZERGA PHIN KER LP ETAL**O** | SUMMIT ELECTRIC SUPPLY CO INC ETAL**O** | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 47 | 201506572 | | | 04/28/2015 | RELEASE | ZERGA PHIN KER LP ETAL**O** | CASSITY JONES LUMBER | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 48 | 201507745 | | | 05/19/2015 | AMENDMENT | ZERGA PHIN KER LP ETAL**O** | QUAINTANCE JAMES MGR ETAL**O** | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 49 | 201508789 | | | 06/05/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL**O** | BROWNING HENRY LEE JR VP ETAL**O** | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 50 | 201509496 | | | 06/16/2015 | MECHLIEN | ZERGA PHIN KER LP ETAL**O** | SPERLING ROY ETAL**O** | LT . | Perm | |
| 51 | 201509529 | | | 06/16/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL**O** | CHILDRESS LISA MGR ETAL**O** | LT 1,2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 52 | 201510387 | | | 06/29/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL**O** | LEWANE ROZANNA VP ETAL**O** | 601 HOLLYBROOK DRIVE LONGVIEW | Perm | |
| 53 | 201511120 | | | 07/10/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL**O** | MCW INDUSTRIES LLC | PARKVIEW INDEPENDENT LIVING | Perm | |
| 54 | 201511382 | | | 07/14/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL**O** | SHERWIN WILLIAMS COMPANY THE ETAL.**O** | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 55 | 201511512 | | | 07/16/2015 | | | HMC CONTRACTING | LT 1-2 BLK 1 HOLLYBROOK | Perm | |

| # | Instrument # | Book | Page | Date Filed | Document Type | Grantor | Grantee | Legal Description | Status | Image |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP | SERVICES LLC ETAL | SENIORS COMMUNITY | | |
| 56 | 201511513 | | | 07/16/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP | HMC CONTRACTING SERVICES LLC ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 57 | 201512108 | | | 07/24/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL | BUSINESS FLOORING SPECIALISTS LP ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 58 | 201513069 | | | 08/07/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | KINGDOM GRANITE LLC ETAL | LT 1-2 BLK 1 HOLLYWOOD SENIOR COMMUNITY | Perm | |
| 59 | 201513086 | | | 08/07/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | MOORE TIMOTHY ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 60 | 201513426 | | | 08/13/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | ELLISON MARC L AGT ATTY ETAL | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 61 | 201514701 | | | 09/02/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | SMITH NICHOLAS P VP ETAL | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 62 | 201514702 | | | 09/02/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | SMITH NICHOLAS P VP ETAL | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 63 | 201515202 | | | 09/09/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | CASSITY JONES LUMBER ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 64 | 201515225 | | | 09/10/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL | LEWANE ROZANNA VP ETAL | NO LEGAL DISCRIPTION | Perm | |
| 65 | 201517385 | | | 10/15/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | UNITED RENTALS NORTH AMERICA INC ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIORS COMMUNITY | Perm | |
| 66 | 201517386 | | | 10/15/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | SPERLING ROY ETAL | 601 HOLLYBROOK | Perm | |
| 67 | 201517776 | | | 10/22/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL | SARKIS JUDY REP ETAL | LT 1-2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 68 | 201518159 | | | 10/29/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | KINGDOM GRANITE LLC ETAL | LT 1-2 BLK 1 HOLLYWOOD SENIOR COMMUNITY | Perm | |
| 69 | 201518837 | | | 11/10/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | T BAR FENCE INC ETAL | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |
| 70 | 201518838 | | | 11/10/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ETAL | T BAR FENCE INC ETAL | LT 2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |

| # | Instrument # | Book | Page | Date Filed | Document Type | Grantor | Grantee | Legal Description | Status | Image |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 201520129 | | | 12/04/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL O | PUREFOY ELECTRIC LLC DBA O | LT 1-2 BLK 1 HOLLYBOOK SENIORS COMMUNITY | Temp | |
| 72 | 201520263 | | | 12/08/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL O | MCNIEL GERALD MGR ETAL O | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY ADDITION | Temp | |
| 73 | 201520264 | | | 12/08/2015 | AFFIDAVIT OF CONTRACTOR LIEN | ZERGA PHIN KER LP ETAL O | MCNIEL GERALD MGR ETAL O | LT 1 BLK 1 HOLLYBROOK SENIOR COMMUNITY ADDITION | Temp | |
| 74 | 201510793 | | | 07/06/2015 | AFFIDAVIT OF MECHANICS LIEN | ZERGA PHIN KER LP ZERGA COMPANIES ETAL O | SUNBELT RENTALS INC ETAL O | LT 1-2 BLK 1 HOLLYBROOK SENIOR COMMUNITY | Perm | |

0.41 sec